IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| JAMES CALVERT, #999600, | § | |
| | § | |
| *Petitioner,* | § | CIVIL ACTION NO. 6:21-cv-436 |
| | § | |
| v. | § | |
| | § | |
| DIRECTOR, TDCJ-CID, | § | DEATH PENALTY |
| | § | |
| *Respondent.* | § | |

## ORDER GRANTING UNOPPOSED MOTION FOR 30-DAY EXTENSION OF TIME TO SUBMIT AMENDED PETITION

Before the Court is Petitioner Calvert's Unopposed Motion for 30-Day Extension of Time to Submit Amended Petition. (Dkt. #19). Petitioner's amended petition for writ of habeas corpus is currently due on December 20, 2022. (Dkt. #15). As the basis for his motion for extension of time, Petitioner's counsel states that he has a deadline conflict between this case and a death penalty case filed in the Southern District of Texas. Petitioner seeks an extension of time to file his amended petition on January 19, 2023. The motion is reasonable. It is accordingly

**ORDERED** that the Unopposed Motion for 30-Day Extension of Time to Submit Amended Petition (Dkt. #19) is **GRANTED**. Petitioner's amended petition will be due on or before January 19, 2023. Further extensions of time are discouraged.

So ORDERED and SIGNED this 6th day of December, 2022.

_____
K. NICOLE MITCHELL
UNITED STATES MAGISTRATE JUDGE