IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| JAMES CALVERT, #999600, | § § § | |
| *Petitioner,* | § § | CIVIL ACTION NO. 6:21-cv-436 |
| v. | § § | |
| DIRECTOR, TDCJ-CID, | § § | DEATH PENALTY |
| *Respondent.* | § § | |

## ORDER GRANTING RESPONDENT'S UNOPPOSED MOTION FOR LEAVE TO FILE OUT OF TIME RESPONSE IN OPPOSITION

Before the Court is the Director's Unopposed Motion for Leave to File Out-of-Time Response in Opposition to Petitioner's Motion for Leave to Exceed the Page Limit. (Dkt. #20). The Director requests permission to file out-of-time his Response in Opposition to Petitioner's Motion for Leave to Exceed the Page Limit (Dkt. #18). The Director states that Petitioner is unopposed to the motion for leave to proceed out-of-time presuming that the Response in Opposition was filed on or before December 1, 2022. The Court's docket reflects that the Director filed his Response in Opposition on December 1, 2022. (Dkt. #21). The motion is unopposed. It is accordingly

**ORDERED** that the Unopposed Motion for Leave to File Out-of-Time Response in Opposition to Petitioner's Motion for Leave to Exceed the Page Limit (Dkt. #20) is **GRANTED**. The Director's Response in Opposition (Dkt. #21) is deemed to be timely filed.

So ORDERED and SIGNED this 6th day of December, 2022.

_____
K. NICOLE MITCHELL
UNITED STATES MAGISTRATE JUDGE